UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 2: 06-CV-00315 |
| ) | |
| HIGHLAND R. CAMPBELL, ) | Misc: |
| ) | |
| Defendant, ) | |
| ) | |
| SUNBURY COMMUNITY HOSPITAL, ) | ELECTRONICALLY FILED |
| and its successors and assigns, ) | |
| ) | |
| Garnishee. ) | |

**ORDER OF COURT**

AND NOW, this 17th day of Jul, 2011, upon consideration of the United States' Application for Writ of Continuing Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Continuing Garnishment directed to Sunbury Community Hospital.

_____
UNITED STATES DISTRICT JUDGE