IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Misc. No.: |
| HIGHLAND R. CAMPBELL, ) | (See CA No.: 2:06-CV-00315) |
| ) | |
| Defendant, ) | |
| ) | |
| SUNBURY COMMUNITY HOSPITAL, ) | |
| and its successors and assigns, ) | |
| ) | |
| Garnishee. ) | |

**ORDER**

**And now,** to wit, this 29th Day of July 2011, upon consideration of the Motion to Dismiss Writ of Continuing Garnishment Without Prejudice, filed by Plaintiff, the United States of America, it is hereby ORDERED that said Motion is GRANTED, and the Writ of Continuing Garnishment issued to Sunbury Community Hospital is hereby dismissed without prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE