UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-315 |
| | ) | |
| HIGHLAND R. CAMPBELL, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SALZMAN MEDICAL GROUP, | ) | ELECTRONICALLY FILED |
| and its successors and assigns, | ) | |
| | ) | |
| Garnishee. | ) | |

**ORDER OF COURT**

AND NOW, this 6th day of March, 2013, upon consideration of the United States'

Application for Writ of Continuing Garnishment, IT IS HEREBY ORDERED that the

Clerk of the United States District Court shall issue a Writ of Continuing Garnishment

directed to Salzman Medical Group.

s/Gary L. Lancaster
HON. GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE